

# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

---

Friday, March 31, 2023

Mr. David L. Brenner
Burns Anderson Jury & Brenner, LLP
P.O. Box 26300
Austin, TX 78755-6300
* DELIVERED VIA E-MAIL *

Mr. John E. Collins
PO Box 191294
Dallas, TX 75219
* DELIVERED VIA E-MAIL *

RE:    Case Number: 21-1047
        Court of Appeals Number: 05-19-01541-CV
        Trial Court Number: DC-18-06953

Style:  ALCUS RESHOD FORTENBERRY
       v.
       GREAT DIVIDE INSURANCE COMPANY

Dear Counsel:

Today the Supreme Court of Texas issued an opinion and judgment in the above-referenced cause. You may obtain a copy of the opinion and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx. On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:    Mr. Rubin Morin (DELIVERED VIA E-MAIL)
      District Clerk Dallas County (DELIVERED VIA E-MAIL)
      Ms. Belinda May Arambula (DELIVERED VIA E-MAIL)
      Ms. Linda R. Meltzer (DELIVERED VIA E-MAIL)
      Mr. James Brenner (DELIVERED VIA E-MAIL)